## MOTION DOCKET

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County,* No. 91–CA–09. On motion to tax additional costs. Motion granted.

WRIGHT, J., dissents.

**92–2410.** Blaschak v. Union Savings Bank & Trust Co. *Jefferson County,* No. 91–J–7. On motion to reinstate and on motion for leave to file brief instanter. Motions denied.

**93–689.** Christian Benevolent Assn. of Greater Cincinnati, Inc. v. Limbach. Board of Tax Appeals, No. 89–H–850. *Sua sponte,* this cause is consolidated with 93–696, *Brentwood Life Care Ctr. v. Limbach,* Board of Tax Appeals, No. 90–G–29.

**93–1085.** State v. Said. *Lake County,* No. 92–L–018. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

**93–1855.** Neiderbrach v. Dayton Power & Light Co. *Miami County,* No. 92–CA–54. On request for extension of time to file memorandum in support. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

**93–2130.** State v. Mayle. *Carroll County,* No. 603. On motion to compel and on request for all justices to rule on issues. Motion and request denied.

MOYER, C.J., not participating.

**93–2131.** State v. Baker. *Carroll County,* No. 608. On motion to compel and on request for all justices to rule on issues. Motion and request denied.

MOYER, C.J., not participating.

**93–2132.** In re Petition for Forfeiture of 1978 Kenworth Tractor & 1978 East Semi–Dump Trailer. *Carroll County,* No. 605. On motion to compel and on request for all justices to rule on issues. Motion and request denied.

MOYER, C.J., not participating.

**93–2377.** State v. Allen. *Cuyahoga County,* No. 62275. On motion to remand. Motion denied.

**93–2636.** State v. Weaver. *Champaign County,* No. 93–CA–02. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys' Association. Motion granted.

MOYER, C.J., dissents.

**94–30.** State v. Charley. *Lorain County,* No. 5514. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**94–38.** Sylvania v. Robinson. *Lucas County,* No. L–93–197. On motion to consolidate with 93–1098, *State v. Gill,* Franklin County, No. 92AP–945. Motion granted.

WRIGHT, J., dissents.

**94–39.** Calmes v. Goodyear Tire & Rubber Co. *Summit County,* No. 16163. On motion for leave to proceed *pro hac vice.* Motion granted.

On motion for leave to exceed page limit. Motion denied.

A.W. SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**94–91.** State v. O'Brien. *Franklin County,* No. 93AP–353. On motion for leave to file delayed appeal and on motion for extension of time to file memorandum in support. Motions granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.